ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2005

at __2__ o'clock and _____ M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00523-03 SOM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| JOSE PRIETO,           (03), | ) | Date:    January 30, 2006 |
| | ) | Judge:  Hon. Susan Oki Mollway |
| Defendant. | ) | |
| | ) | |

GOVERNMENT'S SENTENCING STATEMENT

The government has no objections to the proposed pre-sentence report.

DATED:  December 20, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _T. Muehleck_____
THOMAS MUEHLECK
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed and hand-delivered to the following:

    1.   Mr. Michael G.M. Ostendorp
        Attorney at Law
        333 Queen St., Suite 803
        Honolulu, HI 96813

        Attorney for Defendant
        Jose Prieto

    2.   Probation Officer
        300 Ala Moana Blvd.,
        Box 50111, Rm. C-126
        Honolulu, HI  96850

DATED: December 20 , 2005, at Honolulu, Hawaii.