MICHAEL J. PARK 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2382
Honolulu, Hawaii 96813
Ph: 536-4456
Fax: 536-4988
e-mail: mparkatty@hawaii.rr.com

Attorney for Defendant
Jose Prieto

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR No. 03-00523 SOM |
|---|---|---|
| | ) | |
| v. | ) | NOTICE OF MOTION; MOTION |
| | ) | TO CONTINUE SENTEINCING |
| JOSE PRIETO, | ) | DATE; DECLARATION OF |
| | ) | COUNSEL; CERTIFICATE OF |
| Defendant. | ) | SERVICE |

NOTICE OF MOTION

TO: Thomas C. Muehleck
    Assistant U.S. Attorney
    Room 6100, PJKK Federal Building
    300 Ala Moana Blvd., Box 50183
    Honolulu, Hawaii 96850
    Attorney for Plaintiff

ORIGINAL

Roseanne T. Donohoe
U.S. Probation Officer
PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that the attached motion will be heard before the Honorable, _____, United States District Judge, in her courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, _____, 2005, at \_\_\_\_\_ a.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, January 9, 2005.

_____
MICHAEL J. PARK
Attorney for Defendant

MICHAEL J. PARK #4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2382
Honolulu, Hawaii 96813
Telephone:   536-4456
FAX:         536-4988
E-MAIL: mparkatty@hawaii.rr.com

ATTORNEY FOR DEFENDANT
JOSE PRIETO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00523 SOM |
| ) | |
| Plaintiff, ) | MOTION TO CONTINUE |
| ) | SENTENCING DATE |
| VS. ) | |
| ) | |
| JOSE PRIETO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO CONTINUE SENTENCING DATE**

COMES NOW, Defendant Jose Prieto, by and through his counsel Michael J. Park and hereby moves this Honorable Court to continue sentencing date set for January 30, 2006.

This motion is brought pursuant to 18 USC 3551 and 18 USC 3552(c), and Rule 47 of the Federal Rules of Criminal Procedure, the records and files of this case, the attached Declaration of Counsel, and such other and further evidence as may be adduced at the hearing on this motion.

DATED: Honolulu, Hawai'i, 1/9/06

MICHAEL J. PARK
Attorney for Defendant
Jose Prieto