IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00523 SOM |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| VS. ) | |
| ) | |
| JOSE PRIETO, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF COUNSEL

I, MICHAEL J. PARK, state under penalty of perjury of law that the following is true and correct:

1. I am the court appointed attorney representing Defendant JOSE PRIETO in this matter.

2. That I was recently appointed to represent Mr. Prieto in the above entitled matter on November 29, 2005.

3. That I immediately called prior counsel Michael Ostendorp's office and I was able to picked up Defendant's file on December 7, 2005.

4. That the file consists of one banker box of records, discovery and trial materials, and I am still reviewing the contents of Defendant's file.

5. That I have met with Defendant and have discussed the matter of sentencing with him.

6. That he indicated that he has two matters pending relating to his sentencing.

7. Defendant has a prior criminal record that I have not been able to review in detail.

8. That I have not been able to prepare a sentencing statement in this matter by the December 28, 2005 deadline due to the recent appointment as his counsel.

9. That I called AUSA, Thomas C. Muehleck and requested a continuance of Defendant's sentencing date and he is not adverse to a continuance.

10. Defendant's counsel respectfully requests that this court continue the sentencing date for two months to provide counsel time to adequately review defendant's file, and review his current cases and prior criminal history and prepare a sentencing statement.

I DECLARE UNDER PENALTY OF LAW THAT THE FORGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, January 9, 2005.

_____
MICHAEL J. PARK

CERTIFICATE OF SERVICE

I hereby certifies that a true and exact copy of the foregoing document will be served on the following party by U.S. mail, or personal delivery on the date of filling:

**Thomas C. Muehleck**
**Assistant U.S. Attorney**
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Attorney for Plaintiff


**Roseanne T. Donohoe**
**U.S. Probation Officer**
PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850


DATED: Honolulu, Hawaii, January 9, 2005.

MICHAEL J. PARK