EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-00523-03 SOM |
| Plaintiff, | UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE; CERTIFICATE OF SERVICE |
| vs. | |
| JOSE PRIETO, (03), | |
| Defendant. | |

UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION TO CONTINUE SENTENCING DATE

The government has no objection to a short continuance in the sentencing hearing.

DATED:  January 11, 2006, at Honolulu, Hawaii.

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii


          By /s/ Thomas Muehleck
              THOMAS MUEHLECK
              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

       I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served Electronically through CM/ECF:

    Mr. Michael J. Park                   January 11, 2006
    Attorney at Law
    733 Bishop St., Suite 2382
    Honolulu, HI 96813

                                        /s/ Rowena N. Kang