MICHAEL J. PARK #4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2382
Honolulu, Hawaii 96813
Telephone:   536-4456
FAX:         536-4988
E-MAIL: mparkatty@hawaii.rr.com

ATTORNEY FOR DEFENDANT
JOSE PRIETO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00523 SOM |
| Plaintiff, ) | SECOND MOTION TO CONTINUE SENTENCING DATE |
| VS. ) | |
| JOSE PRIETO, ) | |
| Defendant. ) | |

MOTION TO CONTINUE SENTENCING DATE

COMES NOW, Defendant Jose Prieto, by and through his counsel Michael J. Park and hereby moves this Honorable Court to continue sentencing date set for February 27, 2006.

This motion is brought pursuant to 18 USC 3551 and 18 USC 3552(c), and Rule 47 of the Federal Rules of Criminal Procedure, the records and files of this case, the attached Declaration of Counsel, and such other and further evidence as may be adduced at the hearing on this motion.

DATED:  Honolulu, Hawai'i,  February 22, 2006.

                                                                             _____
/s/MICHAEL J. PARK
Attorney for Defendant
Jose Prieto

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:
Thomas Muehleck
 tom.muehleck@usdoj.gov, rowena.kang@usdoj.gov, USAHI.ECFNarcotics@usdoj

Served by First Class Mail or hand-delivery:

Lane Y. Takahashi
745 Fort St Ste 2121
Honolulu, Hi 96813

DATED: Honolulu, Hawaii, February 22, 2005.

_____
/s/ MICHAEL J. PARK