EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00523-03 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' RESPONSE TO |
| vs. | ) | DEFENDANT'S SECOND MOTION TO |
| | ) | CONTINUE SENTENCING |
| JOSE PRIETO,     (03),| ) | |
| | ) | Date:  February 27, 2006 |
| | ) | Time:  3:45 p.m. |
| Defendant. | ) | Judge: Hon. Susan Oki Mollway |
| _____ | ) | |

UNITED STATES' RESPONSE TO DEFENDANT'S
SECOND MOTION TO CONTINUE SENTENCING

      The United States did not oppose the defendant's request for his first continuance and filed its response on January 11, 2006.  Many of the issues raised in defendant's motion for a second continuance are not relevant to the matters he has raised in his sentencing statement.  The United States

submits that a two month continuance for a case initiated in 2003 is far too long.

      DATED:  February 23, 2006, at Honolulu, Hawaii.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii


                                      By /s/ Thomas Muehleck
                                          THOMAS MUEHLECK
                                          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served Electronically through CM/ECF:

| | |
|---|---|
| Mr. Michael J. Park<br>Attorney at Law<br>733 Bishop St., Suite 2382<br>Honolulu, HI 96813<br><br>    Attorney for Defendant<br>    Jose Prieto | February 23, 2006 |

                                             /s/ Rowena N. Kang