IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00523 SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT |
| vs. | ) | JOSE PRIETO'S MOTION TO |
| | ) | CONTINUE SENTENCING |
| JOSE PRIETO, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING DEFENDANT JOSE PRIETO'S
MOTION TO CONTINUE SENTENCING

Sentencing in this case was originally set for January 30, 2006, then continued to February 27, 2006. Defendant Jose Prieto now moves for a further continuance based on matters that either have been known to Defendant and defense counsel for sometime or should have been known, or that are unrelated to sentencing. Nevertheless, the court grants a short continuance. **Sentencing is continued to March 20, 2006, at 2:15 p.m.**

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; February 24, 2006.



Susan Oki Mollway
United States District Judge