MICHAEL J. PARK 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Ph:(w) 536-4456 (c)291-2935

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 6 2006

at 9 o'clock and 41 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00523 SOM |
| | ) | |
| | ) | DEFENDANT JOSE PRIETO'S |
| Plaintiff | ) | LETTERS OF SUPPORT AND |
| | ) | CERTIFICATES OF ACHEIVEMENT |
| v. | ) | |
| | ) | |
| JOSE PRIETO, | ) | Sentencing: |
| | ) | Monday, March 20, 2006 |
| | ) | 2:15 pm |
| Defendant. | ) | |
| | ) | THE HONORABLE SUSAN OKI |
| | ) | MOLLWAY |

DEFENDANT JOSE PRIETO'S LETTERS OF SUPPORT

Attached are various letters of support for Defendant Jose Prieto and
Certificates of Achievement that Defendant requests the Honorable Susan Oki
Mollway to consider when sentencing Defendant.

DATED: Honolulu, Hawaii, March 15, 2006

MICHAEL J. PARK
Attorney for Defendant

ORIGINAL