

**MOANA CONSTRUCTION, INC**
GENERAL CONTRACTOR
BC #19763

To whom it may concern:                                    February 12, 2006

Regarding, Jose Prieto

Jose Prieto was employed by us for several years, we found Jose to be a very reliable employee. Jose was always on time and ready to work, his carpentry skills were good and he was always striving to improve. Jose was trustworthy and honest in his duties, ready to do whatever needed to get the job done.

If Jose was to become available for work, we would hire him back immediately.

Sincerely,

Lee Bowman

P.O. BOX 876, KAMUELA, HAWAII 96743    PHONE/FAX (808) 885-4846