2/2/06

Valerie Berdon
64-1040 Hiiaka St.
Kamuela Hi 96743
(808) 885 2192

Honorable Judge Oki Mollway,

I am writing on behalf of my son in law, Jose Prieto. He is the father of my three grandsons, Jacob, 14 yrs old, Jordan, 13 yrs old and James, 8 yrs. Jose has always been a hard working man and supported his family. He was very active in sports and his sons enjoyed the time they spent together playing basketball, Soccer and other sports. He also coached the boys teams for many years. Jose was never a drinker or smoker. He took care of his physical body with regular exercising and sports participation. He never did drugs to my knowledge. I believe a lady friend of his, set him up for the bust.

He periodically attended church with his family at The Kohala Gospel of Salvation. Jose is a good man and I ask that he be given favor in his sentencing. Thank you for your consideration.

Sincerely,

Valerie Berdon