ANNA LINDSEY

January 9, 2005

Judge Susan Oki Mollway
C/O
Michael G.M. Ostendorp
333 Queen St. Suite 803
Honolulu Hi. 96813

Dear Madam: Aloha my name is Anna Leialoha Lindsey and I wish to take a brief moment of your time if I may. This letter I write to you today is in regards to Jose M. Prieto and his best interest regarding his integrity.

My relationship to Mr. Jose M. Prieto is that of a parenting relationship, we share a son together by the Name of Elijah S. Lindsey who will be turning 14 on the 30th of January. My concern is in the relationship between Elijah and his father Jose. Being a single parent family Elijah and I live healthy and content lives. Our needs and necessities are meet and we strive to learn and grow daily. Elijah loves his father greatly, is very close to him and shares a great bond with his father Jose.

Jose has been and is a great father to Elijah and his three sons from his marriage. His three sons Jacob, Jordan and James are just as fond and close to Elijah as with his father. Jose has always been an asset to the community and to the Development of children. For numerous years he has devoted his time to the community, his children by actively participating in coaching for the American Youth Soccer Organization. His ability to work with children has touched many lives both young and old through his coaching years with the AYSO. As far as I can remember Jose has always had good intentions to parenting, his Children are his #1 priority through all the years. If given a second chance in this community Jose would undoubtedly make a difference in his children's lives any many other fortunate children who get to meet him through the AYSO.

Please consider leniency with Mr. Prieto, I thank you for your time and consideration in the matter.

Sincerely,

Anna L. Lindsey

*Anna L. Lindsey*

P.O. BOX 384742
WAIKOLOA HI. 96738