September 26, 2004

To Whom It May Concern:

My name is Kehaulani Rhonda Prieto, I am Jose M. Prieto's wife. I am writing to let you know that Jose has been a good father, maybe not a good husband, but as for our boys he has always been there for them. We know that he has done wrong and how long he gets free is up to you. We just want you to know that he has never been any threat to anyone here.

Aloha,
Kehaulani R. Prieto

P.S. My Sons, Jacob, Jordan and James, just wanted me to let you know how much they miss their father.