

# Certificate of Achievement

### This certifies that

JOSE PRIETO

### has satisfactorily completed

BEAT THE STREETS, DRUG RELAPSE AND PREVENTION SERIES

## Consisting of 5 Hours of Training

## This certificate is hereby issued this 1st day of JULY , 2004



