# Certificate of Achievement

awarded to:

## JOSE PRIETO

for completing 3 hours of training on August 10, 2004 for the class **" A BETTER WAY'** an institutional substance abuse program for first time offenders and for anyone who wishes to live free.

*August 10, 2004*
Dated

*E. Perry Aurelas*
Signed