

Certificate of Excellence

presented to

Jose Prieto

For Successful Completion of an 8 week Circuit Training Class at FDC Honolulu

J. Habit, Sports Specialist
December 26, 2003