# CERTIFICATE OF RECOGNITION

In honor of your outstanding performance
We hereby present

## Jose Prieto

with this certificate of Achievement

### Long Distance Dads

Adult Continuing Education / Parenting Program

On this 8th day of January 2004

*Patricia Ocasio*
Patricia Ocasio
Supervisor of Education/Recreation

*Sheryl-Lynn Camello*
Sheryl-Lynn Camello
Adult Continuing Education/Parenting Coordinator

DEPARTMENT OF JUSTICE · FEDERAL BUREAU OF PRISONS