# CERTIFICATE OF RECOGNITION

In honor of your outstanding performance
We hereby present

## Jose Prieto

with this certificate of Achievement

### Workplace Essential Skills: Employment
Adult Continuing Education Program

On this 28th day of May 2004

*Patricia Ocasio*
Patricia Ocasio
Supervisor of Education/Recreation

*Sheryl-Lynn Camello*
Sheryl-Lynn Camello
Adult Continuing Education Coordinator