BP-S324.052 **WORK PERFORMANCE RATING - INMATE** CDFRM
OCT 98
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| Inmate's Name | Register No. | Unit |
|---|---|---|
| FRIED JOSE | 95044-022 | 4B |
| Evaluation Period | Work Assignment | |
| 1-1-04 - 7-20-04 | Unt DB ORD | |

Bonus Justification *Inmate* (crete) *is an outstanding orderly and continues to do an outstanding job.*

Signature and Date of Dept. Head Approval    *Bougleini  2/4/04*

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.

2. Hours of Satisfactory work ___*100*___

3. Regular Pay ___*12.00*___

4. Bonus Recommended: _✓_ yes; ___ no

5. Total Pay ___*12.00 + 6.00  $18.00*___

| Supervisor's Signature | Date *2-1-04* |
|---|---|
| Inmate's Signature | Date *2/1/04* |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

## PERFORMANCE PAY DAILY RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| DAY OF MO: | | | | 1 (5) | 2 (5) | 3 (5) |
| 4 (5) | 5 | 6 (5) | 7 (5) | 8 (5) | 9 (5) | 10 (5) |
| DAY OF MO: | | | | | | |
| 11 (5) | 12 (5) | 13 (5) | 14 (5) | 15 (5) | 16 (5) | 17 (5) |
| DAY OF MO: | | | | | | |
| 18 (5) | 19 (5) | 20 (5) | | | | |
| DAY OF MO: | | | 100 X 12 = 12.00 + 6.00 Bonus | | | |
| DAY OF MO: | | | | | | |

Note: for days reflecting less than 7 hours worked explain by inserting applicable code.
C = Callout            VI = Visit            AD = Admin Det./Dis. Seg
E = Education          HO = Holiday          U = Unsatisfactory
F = Furlough           I = Medical Idle      VAC = Vacation
H = Hospital           UA = Unauthorized

BP-S324.053 WORK PERFORMANCE RATING    INMATE CDFRM
OCT 98'

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate's Name | Register No. | Unit |
|---|---|---|
| PRIETO, JOSE | 95041-022 | 4B |

| Evaluation Period | Work Assignment |
|---|---|
| 3-8-04 3-31-04 | Upper Showers Orderly |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
   1. Poor. Negativistic, hostile, annoying to others.
   2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
   4. Good. Friendly, congenial, helpful; others like to work with.
   5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours
   in the community would you:
   1. Fire or lay off that individual?
   2. Transfer the person to a less demanding job at a lower pay scale?
   3. Continue to employ the person but without a raise or promotion this time?
   4. Raise the person's pay but keep the person at the same job?
   5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
   1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - (4) M.

   2. Hours of Satisfactory work _____ 90 _____

   3. Regular Pay _____ 1.12 _____

   4. Bonus Recommended: ___ yes; ___ no

   5. Total Pay _____ 10.80 + 5.00 Bonus $15.80 _____

Supervisor's Signature _____ [signature] _____   Date 3/30/04

Inmate's Signature
X [scribbled]                                    Date 3/30/04

Inmate [scribbled] _____ was requested to sign this rating, but refused, citing the following
reason: [scribbled]

Staff Witness' Signature _____   Date _____

PERFORMANCE PAY DAILY RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| DAY OF MO: 8 (4) | 9 (4) | 10 (4) | 11 (4) | 12 (4) | 13 (3) | |
| 14 (3) | 15 (4) | 16 (4) | 17 (4) | 18 (4) | 19 (4) | 20 (3) |
| DAY OF MC | | | | | | |
| 21 (3) | 22 (4) | 23 (4) | 24 (4) | 25 (4) | 26 (4) | 27 (3) |
| DAY OF MO | | | | | | |
| 28 (3) | 29 (4) | 30 (4) | 31 (4) | | | |
| DAY OF | | | | | | |
| | | 90 X 12 = 10.80 + 5.00 Bonus | | | | |
| DAY OF M | | = $15.80 | | | | |

Note: for days reflecting less than 7 hours worked explain by inserting applicable code:
: = Callout          VI = Visit           AD = Admin Det./Dis. Seg
: = Education        HO = Holiday         U = Unsatisfactory
: = Furlough         I = Medical Idle     VAC = Vacation
: = Hospital         UA = Unauthorized

BP-S324.052 WORK PERFORMANCE R  ING - INMATE CDFRM
OCT 98

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate's Name PRIETO, JOSE | Register No 95041-022 | Unit 4B |

| Evaluation Period 12-1-03 - 12-31-03 | Work Assignment UNT ORDERLY |

Bonus Justification: *Inmate Prieto has done an outstanding Job in Cleaning the shavers*

Signature and Date of Dept. Head Approval                    *XBruglin 1/6/04*

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
   1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
   2. Fair. Careless; makes mistakes and does not check work. Should do better work.
   3. Satisfactory. Makes some mistakes but no more than expected at this level.
   4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
   5. Outstanding. Does superior work

B. QUANTITY OF WORK
   1. Unsatisfactory. Lazy, wastes time, goofs off.
   2. Fair. Does just enough to get by. Has to be prodded occasionally.
   3. Satisfactory. Works steadily but does not push self.
   4. Good. Willing Worker. Does a full day's work and wastes little time.
   5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
   1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
   2. Fair. Usually relies on others to say what needs to be done.
   3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
   4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
   5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
   1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
   2. Fair. Shows minimal interest but not very eager to learn.
   3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
   4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
   5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
   1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
   2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
   3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
   4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
   5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
   1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
   2. Needs closer supervision than most. Not very dependable.
   3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
   4. Needs little supervision. Good record of dependability an promptness.
   5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
   1. Poor. Resentful and hostile. May argue with supervisor.
   2. Fair. Resists or ignores suggestions.
   3. Satisfactory. Generally does what is told without any fuss.
   4. Good. No hostility or resentment. Tries to improve.
   5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
   1. Poor. Negativistic, hostile, annoying to others.
   2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
   4. Good. Friendly, congenial, helpful; others like to work with.
   (5.) Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours
   in the community would you:
   1. Fire or lay off that individual?
   2. Transfer the person to a less demanding job at a lower pay scale?
   (3.) Continue to employ the person but without a raise or promotion this time?
   4. Raise the person's pay but keep the person at the same job?
   5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
   1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 -(4)- M.

   2. Hours of Satisfactory work __108__

   3. Regular Pay __112__

   4. Bonus Recommended: _✓_ yes; ___ no

   5. Total Pay __$12.96 + 6.00 BONUS = $18.96__

| | |
|---|---|
| Supervisor's Signature *(signature)* | Date 1-4-04 |
| Inmate's Signature *(signature)* | Date X° 1-5-04 |

Inmate _____ was requested to sign this rating, but refused, citing the following
reason:

| | |
|---|---|
| Staff Witness' Signature | Date |

PERFORMANCE PAY DAILY RECORD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| DAY OF MO: 1 (4) | 2 (4) | 3 (4) | 4 (4) | 5 (4) | 6 (2) | |
| 7 (2) | 8 (4) | 9 (4) | 10 (4) | 11 (4) | 12 (4) | 13 (2) |
| DAY OF MO: | | | | | | |
| 14 (2) | 15 (4) | 16 (4) | 17 (4) | 18 (4) | 19 (4) | 20 (2) |
| DAY OF MO: | | | | | | |
| 21 (2) | 22 (4) | 23 (4) | 24 (4) | 25 (4) | 26 (4) | 27 (2) |
| DAY OF MO: | | | | | | |
| 28 (2) | 29 (4) | 30 (4) | 31 (4) | | | |
| DAY OF MO: | | | | | | |
| | | 108 X 12 = 12.96 + 6.00 = $18.96 | | | | |

Note: for days reflecting less than 7 hours worked explain by inserting applicable code:
C = Callout              VI = Visit        AD = Admin Det./Dis. Seg
E = Education            HO = Holiday       U = Unsatisfactory
F = Furlough             I = Medical Idle   VAC = Vacation
H = Hospital             UA = Unauthorized

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE                    P . S . 5251 . 04
U . S . DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| PRIETO, JOSE | 95041-022 | DB |

| Evaluation Period: | Work Assignment: |
|---|---|
| 4/1/2004  -  4/30/2004 | FS ORD   (UNIT DB (4B)) |

Bonus Justification:



Signature / Date of Department Head approval:


*Route to Department Head for review, then to Unit Team*

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 3/28 | 3/29 | 3/30 | 3/31 | 4/1<br><br>5 | 4/2<br><br>5 | 4/3 |
| 4/4<br><br>OFF | 4/5<br><br>5 | 4/6<br><br>5 | 4/7 | 4/8 | 4/9 | 4/10 |
| 4/11 | 4/12 | 4/13 | 4/14 | 4/15<br><br>5 | 4/16<br><br>5 | 4/17 |
| 4/18 | 4/19 | 4/20 | 4/21 | 4/22 | 4/23 | 4/24<br><br>OFF |
| 4/25<br><br>OFF | 4/26<br><br>5 | 4/27<br><br>5 | 4/28<br><br>5 | 4/29<br><br>5 | 4/30<br><br>5 | 5/1 |

For days reflecting less than 7 hours worked, explain by inserting applicable code:

AD = Admin Detention /             H = Hospital                    V =  Visit
        Disciplinary Segregation     HO = Holiday                  VC = Vacation
   C = Call Out                          I = Medical Idle / Conval.   Z = Other (Staff Meeting,
   E = Education                       U = Unsatisfactory                  Fog, etc.)
   F = Furlough                       UA = Unauthorized

| Pay Grade: | Hours Worked: | Regular Pay: |
|---|---|---|
| GH P : Y : Y    4 | 55 | $6.60 |

| Supervisor's Signature: | Date: 5/8/04 |
|---|---|
| Inmate's Signature: | Date: |

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period - neither the inmate's best nor worst day- as compared to what is satisfactory.

**A.** **Quality of Work:**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless, makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this time.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B.** **Quantity of Work:**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C.** **Initiative:**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D.** **Interest; Eagerness to Learn:**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

**E.** **Ability to Learn:**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2. Fair. Slow but if tries, eventually will pick up the skill. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F.** **Need for Supervision; Dependability; Safety; Care of Equipment:**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G.** **Response to Supervision and Instruction:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H.** **Ability to Work with Others:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along okay with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I.** **Overall Job Proficiency:** Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion at this time?
4. Raise the person's pay but keep the person at the same job?
5. Outstanding. Gets along well with everyone. Very popular.

**J.** **Grades and Pay:**
1. Performance Pay - Grade Class (circle one)     1 - 2 - 3 - 4 - M
2. Hours of satisfactory work.     55
3. Regular Pay.     $ 6.60
4. Bonus Recommended: ____ Yes  X No _____ %   $
5. Total Pay.     $ 6.60

| Supervisor's Signature: | Date: 5/5/04 |
|---|---|
| Inmate's Signature: | Date: |

Inmate: _____ was requested to sign this rating, but refused, citing the following reason(s):

| Staff Witness Signature: | Date: |
|---|---|

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE                                                P . S . 5251 . 04
U . S . DEPARTMENT OF JUSTICE                                                            FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| PRIETO, JOSE | 95041-022 | DB |

| Evaluation Period: | Work Assignment: |
|---|---|
| 7/1/2004  -  7/31/2004 | FS ORD   (UNIT DB (4B)) |

Bonus Justification:

Signature / Date of Department Head approval:

### Route to Department Head for review, then to Unit Team

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 6/27 | 6/28 | 6/29 | 6/30 | 7/1 **5** | 7/2 **5** | 7/3 **5** |
| 7/4 **5** | 7/5 **5** | 7/6 **5** | 7/7 **5** | 7/8 **5** | 7/9 **5** | 7/10 **5** |
| 7/11 **5** | 7/12 **5** | 7/13 **5** | 7/14 **5** | 7/15 **5** | 7/16 **5** | 7/17 **5** |
| 7/18 **5** | 7/19 **5** | 7/20 **5** | 7/21 **5** | 7/22 **5** | 7/23 **5** | 7/24 **5** |
| 7/25 **5** | 7/26 **5** | 7/27 **5** | 7/28 **5** | 7/29 **5** | 7/30 **5** | 7/31 **5** |

For days reflecting less than 7 hours worked, explain by inserting applicable code:

AD = Admin Detention /                    H = Hospital                       V = Visit
     Disciplinary Segregation         HO = Holiday                      VC = Vacation
C = Call Out                                  I = Medical Idle / Conval.        Z = Other (Staff Meeting,
E = Education                                U = Unsatisfactory                      Fog, etc.)
F = Furlough                                UA = Unauthorized

| Pay Grade: | Hours Worked: | Regular Pay: |
|---|---|---|
| GU N : Y : Y        4 | 155 | $18.60 |

| Supervisor's Signature: | Date: |
|---|---|
| *Daniel Rose* | 8- 2 -04 |

| Inmate's Signature: | Date: |
|---|---|
| *[signature]* | 8 -3 -04 |

WorkAssignmentManager v2.0

Instructions: Circle the best statement in each are    Base your rating on the inmate's overall performanc   ^r the rating period - neither the inmate's best nor worst day- as compared to what is satisfactor

**A.** **Quality of Work:**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless, makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this time.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. (circled) Outstanding. Does superior work.

**B.** **Quantity of Work:**
1. Unsatisfactorly. Lazy , wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. (circled) Outstanding. Drives self exceptionally hard all the time.

**C.** **Initiative:**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. (circled) Outstanding. Has good ideas on better ways of doing things.

**D.** **Interest; Eagerness to Learn:**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. (circled) Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

**E.** **Ability to Learn:**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2. Fair. Slow but if tries, eventually will pick up the skill. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. (circled) Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F.** **Need for Supervision; Dependability; Safety; Care of Equipment:**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. (circled) No supervision required. Completely dependable in all things.

**G.** **Response to Supervision and Instruction:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. (circled) Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H.** **Ability to Work with Others:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along okay with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. (circled) Outstanding. Gets along well with everyone. Very popular.

**I.** **Overall Job Proficiency:** Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion at this time?
4. Raise the person's pay but keep the person at the same job?
5. (circled) Promote this person to a job with grater responsibility?

**J.** **Grades and Pay:**
1. Performance Pay - Grade Class (circle one)    1 - 2 - 3 - (4) - M
2. Hours of satisfactory work.    _155_
3. Regular Pay.    $ _18.60_
4. Bonus Recommended: ____Yes  ✓ No    ____%    $ _____
5. Total Pay.    $ _18.60_

| | | |
|---|---|---|
| Supervisor's Signature: *[signature]* | Date : 8 - 2 - 04 | |
| Inmate's Signature : *[signature]* | Date : 8 - 3 - 04 | |

Inmate : _____ was requested to sign this rating, but refused, citing the following reasons :

Staff Witness Signature : _____    Date : _____

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE
U . S . DEPARTMENT OF JUSTICE

P . S . 5251 . 04
FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| PRIETO, JOSE | 95041-022 | DB |

| Evaluation Period: | Work Assignment: |
|---|---|
| 6/1/2004  -  6/30/2004 | FS ORD   (UNIT DB (4B)) |

Bonus Justification:

Signature / Date of Department Head approval:

| Route to Department Head for review, then to Unit Team | | | | | | |
|---|---|---|---|---|---|---|
| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
| 5/30 | 5/31 | 6/1 5 | 6/2 5 | 6/3 5 | 6/4 5 | 6/5 5 |
| 6/6 5 | 6/7 5 | 6/8 5 | 6/9 5 | 6/10 5 | 6/11 5 | 6/12 5 |
| 6/13 5 | 6/14 5 | 6/15 5 | 6/16 5 | 6/17 5 | 6/18 5 | 6/19 5 |
| 6/20 5 | 6/21 5 | 6/22 5 | 6/23 5 | 6/24 5 | 6/25 5 | 6/26 5 |
| 6/27 5 | 6/28 5 | 6/29 5 | 6/30 5 | 7/1 | 7/2 | 7/3 |

For days reflecting less than 7 hours worked, explain by inserting applicable code:

AD = Admin Detention /
    Disciplinary Segregation
C = Call Out
E = Education
F = Furlough

H = Hospital
HO = Holiday
I = Medical Idle / Conval.
U = Unsatisfactory
UA = Unauthorized

V = Visit
VC = Vacation
Z = Other (Staff Meeting,
    Fog, etc.)

| Pay Grade: | Hours Worked: | Regular Pay: |
|---|---|---|
| GU N : Y : Y    4 | 150 | $18.00 |

| Supervisor's Signature: | Date: 6/30/04 |
|---|---|
| Inmate's Signature: | Date: |

WorkAssignmentManager v2.0

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period - neither the inmate's best nor worst day- as compared to what is satisfactory.

**A.** **Quality of Work:**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless, makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this time.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B.** **Quantity of Work:**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C.** **Initiative:**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D.** **Interest; Eagerness to Learn:**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

**E.** **Ability to Learn:**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2. Fair. Slow but if tries, eventually will pick up the skill. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F.** **Need for Supervision; Dependability; Safety; Care of Equipment:**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G.** **Response to Supervision and Instruction:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H.** **Ability to Work with Others:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along okay with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along with everyone. Very popular.

**I.** **Overall Job Proficiency:** Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion at this time?
4. Raise the person's pay but keep the person at the same job?
5. Outstanding. Gets along well with everyone. Very popular.

**J.** **Grades and Pay:**
1. Performance Pay - Grade Class (circle one)        1 - 2 - 3 - 4 - M
2. Hours of satisfactory work.        _____
3. Regular Pay.        $_____
4. Bonus Recommended: _____Yes _____No _____%    $_____
5. Total Pay.        $_____

| Supervisor's Signature: | Date: 6-30-04 |
|---|---|
| Inmate's Signature: | Date: |

Inmate: _____ was requested to sign this rating, but refused, citing the following reason(s):

| Staff Witness Signature: | Date: |
|---|---|

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE                     P . S . 5251 . 04
U . S . DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| **PRIETO, JOSE** | **95041-022** | **DB** |

| Evaluation Period: | Work Assignment: |
|---|---|
| **8/1/2004  -  8/31/2004** | **FS ORD   (UNIT DB (4B))** |

Bonus Justification:


Signature / Date of Department Head approval:


| Route to Department Head for review, then to Unit Team | | | | | | |
|---|---|---|---|---|---|---|
| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
| 8/1 **5** | 8/2 **5** | 8/3 **5** | 8/4 **5** | 8/5 **5** | 8/6 **5** | 8/7 **5** |
| 8/8 **5** | 8/9 **5** | 8/10 **5** | 8/11 **5** | 8/12 **5** | 8/13 **5** | 8/14 **5** |
| 8/15 **5** | 8/16 **5** | 8/17 **5** | 8/18 **5** | 8/19 **5** | 8/20 **5** | 8/21 **5** |
| 8/22 **5** | 8/23 **5** | 8/24 **5** | 8/25 **5** | 8/26 **5** | 8/27 **5** | 8/28 **5** |
| 8/29 **5** | 8/30 **5** | 8/31 **5** | 9/1 | 9/2 | 9/3 | 9/4 |

For days reflecting less than 7 hours worked, explain by inserting applicable code:

AD = Admin Detention /            H = Hospital             V = Visit
        Disciplinary Segregation      HO = Holiday            VC = Vacation
C = Call Out                     I = Medical Idle / Conval.    Z = Other (Staff Meeting,
E = Education                    U = Unsatisfactory              Fog, etc.)
F = Furlough                    UA = Unauthorized

| Pay Grade: | Hours Worked: | Regular Pay: |
|---|---|---|
| GUN : Y : Y    **4** | **155** | **$18.60** |

| Supervisor's Signature: | Date: |
|---|---|
| | 9-1-04 |
| Inmate's Signature: | Date: |
| | 9-1-04 |

WorkAssignmentManager v2.0

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period - neither the inmate's best nor worst day- as compared to what is satisfactory.

**A.** **Quality of Work:**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless, makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this time.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B.** **Quantity of Work:**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C.** **Initiative:**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D.** **Interest; Eagerness to Learn:**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

**E.** **Ability to Learn:**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2. Fair. Slow but if tries, eventually will pick up the skill. Needs more instructions than most.
3. Average. No slower no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F.** **Need for Supervision; Dependability; Safety; Care of Equipment:**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G.** **Response to Supervision and Instruction:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H.** **Ability to Work with Others:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along okay with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I.** **Overall Job Proficiency:** Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion at this time?
4. Raise the person's pay but keep the person at the same job?
5. Outstanding. Gets along well with everyone. Very popular.

**J.** **Grades and Pay:**
1. Performance Pay - Grade Class (circle one)        1 - 2 - 3 - 4 - M
2. Hours of satisfactory work.        _____
3. Regular Pay.        $_____
4. Bonus Recommended: _____ Yes  X No _____ %   $_____
5. Total Pay.        $_____

| Supervisor's Signature: | Date: 9-1-04 |
|---|---|
| Inmate's Signature: | Date: 9-1-04 |

Inmate: _____ was requested to sign this rating, but refused, citing the following reason(s):

| Staff Witness Signature: | Date: |
|---|---|

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE

P . S . 5251 . 04

U . S . DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| PR....O, JOSE | 95041-022 | DB |

| Evaluation Period: | Work Assignment: |
|---|---|
| 9/1/2004  -  9/30/2004 | FS ORD   (UNIT DB (4B)) |

Bonus Justification:

Signature / Date of Department Head approval:

*Route to Department Head for review, then to Unit Team*

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 8/29 | 8/30 | 8/31 | 9/1  5 | 9/2  5 | 9/3  5 | 9/4  5 |
| 9/5  5 | 9/6  5 | 9/7  5 | 9/8  5 | 9/9  5 | 9/10  5 | 9/11  5 |
| 9/12  5 | 9/13  5 | 9/14  5 | 9/15  5 | 9/16  5 | 9/17  5 | 9/18  5 |
| 9/19  5 | 9/20  5 | 9/21  5 | 9/22  5 | 9/23  5 | 9/24  5 | 9/25  5 |
| 9/26  5 | 9/27  5 | 9/28  5 | 9/29  5 | 9/30  5 | 10/1 | 10/2 |

*For days reflecting less than 7 hours worked, explain by inserting applicable code:*

AD = Admin Detention /
    Disciplinary Segregation
C = Call Out
E = Education
F = Furlough

H = Hospital
HO = Holiday
I = Medical Idle / Conval.
U = Unsatisfactory
UA = Unauthorized

V = Visit
VC = Vacation
Z = Other (Staff Meeting,
    Fog, etc.)

| Pay Grade: | Hours Worked: | Regular Pay: |
|---|---|---|
| GU N : Y : Y    4 | 150 | $18.00 |

| Supervisor's Signature: | Date: |
|---|---|

| Inmate's Signature: | Date: |
|---|---|

WorkAssignmentManager v2.0

Instructions:  Circle the best statement in each area.  Base your rating on the inmate's overall performance for the rating period - neither the inmate's best nor worst day- as compared to what is satisfactory.

**A.**  **Quality of Work:**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless, makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this time.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B.**  **Quantity of Work:**
1. Unsatisfactory. Lazy , wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C.**  **Initiative:**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D.**  **Interest; Eagerness to Learn:**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

**E.**  **Ability to Learn:**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2. Fair. Slow but if tries, eventually will pick up the skill. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F.**  **Need for Supervision; Dependability; Safety; Care of Equipment:**
1. Needs constant supervision.  If left unsupervised will foul up, get in trouble, or wander off.  Undependable.
2. Needs closer supervision tha  most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G.**  **Response to Supervision and Instruction:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H.**  **Ability to Work with Others:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along okay with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I.**  **Overall Job Proficiency:** Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion at this time?
4. Raise the person's pay but keep the person at the same job?
5. Outstanding. Gets along well with everyone. Very popular.

**J.**  **Grades and Pay:**
1. Performance Pay - Grade Class (circle one)      1 - 2 - 3 - 4 - M
2. Hours of satisfactory work.                    _____
3. Regular Pay.                                   $_____
4. Bonus Recommended: ____Yes ____No _____%    $_____
5. Total Pay.                                     $_____

| Supervisor's Signature: | Date: 9/36 |
|---|---|
| Inmate's Signature: | Date: |

Inmate: _____ was requested to sign this rating, but refused, citing the following reason(s):

| Staff Witness Signature: | Date: |
|---|---|

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE                           P . S . 5251 . 04
U . S . DEPARTMENT OF JUSTICE                                        FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| PRIETO, JOSE | 95041-022 | DB |

| Evaluation Period: | Work Assignment: |
|---|---|
| 5/1/2004  -  5/31/2004 | FS ORD   (UNIT DB (4B)) |

Bonus Justification:


Signature / Date of Department Head approval:


### Route to Department Head for review, then to Unit Team

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 5/2 OFF | 5/3 5 | 5/4 5 | 5/5 5 | 5/6 5 | 5/7 5 | 5/8 5 |
| 5/9 5 | 5/10 5 | 5/11 5 | 5/12 5 | 5/13 5 | 5/14 5 | 5/15 5 |
| 5/16 5 | 5/17 5 | 5/18 5 | 5/19 5 | 5/20 5 | 5/21 5 | 5/22 5 |
| 5/23 5 | 5/24 5 | 5/25 5 | 5/26 5 | 5/27 5 | 5/28 5 | 5/29 5 |
| 5/30 5 | 5/31 5 | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 |

For days reflecting less than 7 hours worked, explain by inserting applicable code:

AD = Admin Detention /          H = Hospital               V = Visit
     Disciplinary Segregation   HO = Holiday               VC = Vacation
C = Call Out                    I = Medical Idle / Conval.  Z = Other (Staff Meeting,
E = Education                   U = Unsatisfactory              Fog, etc.)
F = Furlough                    UA = Unauthorized

| Pay Grade: GUN:Y:Y    4 | Hours Worked: 145 | Regular Pay: $17.40 |
|---|---|---|

| Supervisor's Signature: | Date: 6-1-04 |
|---|---|
| Inmate's Signature: | Date: 6-1-04 |

WorkAssignmentManager v2.9

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period - neither the inmate's best nor worst day- as compared to what is satisfactory.

**A.**   **Quality of Work:**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless, makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this time.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B.**   **Quantity of Work:**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C.**   **Initiative:**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D.**   **Interest; Eagerness to Learn:**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

**E.**   **Ability to Learn:**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2. Fair. Slow but if tries, eventually will pick up the skill. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F.**   **Need for Supervision; Dependability; Safety; Care of Equipment:**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G.**   **Response to Supervision and Instruction:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without un fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H.**   **Ability to Work with Others:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along okay with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I.**   **Overall Job Proficiency:** Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion at this time?
4. Raise the person's pay but keep the person at the same job?
5. Outstanding. Gets along well with everyone. Very popular.

**J.**   **Grades and Pay:**
1. Performance Pay - Grade Class (circle one)          1 - 2 - 3 - 4 - M
2. Hours of satisfactory work.          _____
3. Regular Pay.          $_____
4. Bonus Recommended: ____Yes  ✓ No _____%  $_____
5. Total Pay.          $_____

| Supervisor's Signature: | Date: 6-1-04 |
|---|---|
| Inmate's Signature: | Date: 6-1-04 |

Inmate: _____ was requested to sign this rating, but refused, citing the following reason(s):

| Staff Witness Signature: | Date: |
|---|---|

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE
U . S . DEPARTMENT OF JUSTICE

P . S . 5251 . 04
FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| PRIETO, JOSE | 95041-022 | DB |

| Evaluation Period: | Work Assignment: |
|---|---|
| 10/1/2004  -  10/31/2004 | FS ORD   (UNIT DB (4B)) |

Bonus Justification:

Signature / Date of Department Head approval:

Route to Department Head for review, then to Unit Team

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 9/26 | 9/27 | 9/28 | 9/29 | 9/30 | 10/1 **5** | 10/2 **5** |
| 10/3 **5** | 10/4 **5** | 10/5 **5** | 10/6 **5** | 10/7 **5** | 10/8 **5** | 10/9 **5** |
| 10/10 **5** | 10/11 **5** | 10/12 **5** | 10/13 **5** | 10/14 **5** | 10/15 **5** | 10/16 **5** |
| 10/17 **5** | 10/18 **5** | 10/19 **5** | 10/20 **5** | 10/21 **5** | 10/22 **5** | 10/23 **5** |
| 10/24 **5** | 10/25 **5** | 10/26 **5** | 10/27 **5** | 10/28 **5** | 10/29 **5** | 10/30 **5** |
| 10/31 **5** | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 |

For days reflecting less than 7 hours worked, explain by inserting applicable code:

AD = Admin Detention / Disciplinary Segregation
C = Call Out
E = Education
F = Furlough

H = Hospital
HO = Holiday
I = Medical Idle / Conval.
U = Unsatisfactory
UA = Unauthorized

V = Visit
VC = Vacation
Z = Other (Staff Meeting, Fog, etc.)

| Pay Grade: | Hours Worked: | Regular Pay: |
|---|---|---|
| GU N : Y : Y    4 | 155 | $18.60 |

Supervisor's Signature:

Date: 10/31/04

Inmate's Signature:

Date: 11/2/04

WorkAssignmentManager v2.0

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period - neither the inmate's best nor worst day- as compared to what is satisfactory.

**A.**  **Quality of Work:**
1.   Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2.   Fair. Careless, makes mistakes and does not check work. Should do better work.
3.   Satisfactory. Makes some mistakes but no more than expected at this time.
4.   Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5.   Outstanding. Does superior work.

**B.**  **Quantity of Work:**
1.   Unsatisfactory. Lazy, wastes time, goofs off.
2.   Fair. Does just enough to get by. Has to be prodded occasionally.
3.   Satisfactory. Works steadily but does not push self.
4.   Good. Willing Worker. Does a full day's work and wastes little time.
5.   Outstanding. Drives self exceptionally hard all the time.

**C.**  **Initiative:**
1.   Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2.   Fair. Usually relies on others to say what needs to be done.
3.   Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4.   Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5.   Outstanding. Has good ideas on better ways of doing things.

**D.**  **Interest; Eagerness to Learn:**
1.   Poor. Shows no interest in job. Regards job as a drag or waste of time.
2.   Fair. Shows minimal interest but not very eager to learn.
3.   Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4.   Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5.   Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

**E.**  **Ability to Learn:**
1.   Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2.   Fair. Slow but if tries, eventually will pick up the skill. Needs more instructions than most.
3.   Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4.   Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5.   Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F.**  **Need for Supervision; Dependability; Safety; Care of Equipment:**
1.   Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2.   Needs closer supervision than most. Not very dependable.
3.   Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4.   Needs little supervision. Good record of dependability and promptness.
5.   No supervision required. Completely dependable in all things.

**G.**  **Response to Supervision and Instruction:**
1.   Poor. Negative, hostile, annoying to others.
2.   Fair. Resists or ignores suggestions.
3.   Satisfactory. Generally does what is told without any fuss.
4.   Good. No hostility or resentment. Tries to improve.
5.   Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H.**  **Ability to Work with Others:**
1.   Poor. Negative, hostile, annoying to others.
2.   Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3.   Satisfactory. Gets along okay with most co-workers and is accepted by them.
4.   Good. Friendly, congenial, helpful; others like to work with.
5.   Outstanding. Gets along well with everyone. Very popular.

**I.**  **Overall Job Proficiency:** Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1.   Fire or lay off that individual?
2.   Transfer the person to a less demanding job at a lower pay scale?
3.   Continue to employ the person but without a raise or promotion at this time?
4.   Raise the person's pay but keep the person at the same job?
5.   Outstanding. Gets along well with everyone. Very popular.

**J.**  **Grades and Pay:**
1.   Performance Pay - Grade Class (circle one)          1 - 2 - 3 - 4 - M
2.   Hours of satisfactory work.                                        155
3.   Regular Pay.                                                      $ 18.60
4.   Bonus Recommended:  X Yes ____No ____%    $
5.   Total Pay.                                                       $ 18.60

| Supervisor's Signature: | Date: 10/31/04 |
|---|---|
| Inmate's Signature: | Date: 11/2/04 |

Inmate: _____ was requested to sign this rating, but refused, citing the following reason(s):

| Staff Witness Signature: | Date: |
|---|---|

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE                    P . S . 5251 . 04
U . S . DEPARTMENT OF JUSTICE                                     FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| PRIETO, JOSE | 95041-022 | DB |

| Evaluation Period: | Work Assignment: |
|---|---|
| 11/1/2004  -  11/30/2004 | FS ORD   (UNIT DB (4B)) |

Bonus Justification:



Signature / Date of Department Head approval:


*Route to Department Head for review, then to Unit Team*

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 10/31 | 11/1 **5** | 11/2 **5** | 11/3 **5** | 11/4 | 11/5 **5** | 11/6 **5** |
| 11/7 **5** | 11/8 **5** | 11/9 **5** | 11/10 **5** | 11/11 **5** | 11/12 **5** | 11/13 **5** |
| 11/14 | 11/15 **5** | 11/16 **5** | 11/17 **5** | 11/18 **5** | 11/19 **5** | 11/20 **5** |
| 11/21 **5** | 11/22 **5** | 11/23 **5** | 11/24 **5** | 11/25 **5** | 11/26 **5** | 11/27 **5** |
| 11/28 **5** | 11/29 **5** | 11/30 **5** | 12/1 | 12/2 | 12/3 | 12/4 |

For days reflecting less than 7 hours worked, explain by inserting applicable code:

| | | |
|---|---|---|
| AD = Admin Detention / Disciplinary Segregation | H = Hospital | V = Visit |
| | HO = Holiday | VC = Vacation |
| C = Call Out | I = Medical Idle / Conval. | Z = Other (Staff Meeting, |
| E = Education | U = Unsatisfactory | Fog, etc.) |
| F = Furlough | UA = Unauthorized | |

| Pay Grade: | Hours Worked: | Regular Pay: |
|---|---|---|
| GUN:Y:Y    4 | 140 | $16.80 |

| Supervisor's Signature: | Date: 12/5/04 |
|---|---|
| Inmate's Signature: | Date: 12/5/04 |

WorkAssignmentManager v2.0

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period - neither the inmate's best nor worst day- as compared to what is satisfactory.

**A.**   **Quality of Work:**
1.   Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2.   Fair. Careless, makes mistakes and does not check work. Should do better work.
3.   Satisfactory. Makes some mistakes but no more than expected at this time.
4.   Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5.   Outstanding. Does superior work.

**B.**   **Quantity of Work:**
1.   Unsatisfactory. Lazy , wastes time, goofs off.
2.   Fair. Does just enough to get by. Has to be prodded occasionally.
3.   Satisfactory. Works steadily but does not push self.
4.   Good. Willing Worker. Does a full day's work and wastes little time.
5.   Outstanding. Drives self exceptionally hard all the time.

**C.**   **Initiative:**
1.   Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2.   Fair. Usually relies on others to say what needs to be done.
3.   Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4.   Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5.   Outstanding. Has good ideas on better ways of doing things.

**D.**   **Interest; Eagerness to Learn:**
1.   Poor. Shows no interest in job. Regards job as a drag or waste of time.
2.   Fair. Shows minimal interest but not very eager to learn.
3.   Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4.   Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5.   Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

**E.**   **Ability to Learn:**
1.   Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2.   Fair. Slow but if tries, eventually will pick up the skill. Needs more instructions than most.
3.   Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4.   Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5.   Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F.**   **Need for Supervision; Dependability; Safety; Care of Equipment:**
1.   Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2.   Needs closer supervision than most. Not very dependable.
3.   Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4.   Needs little supervision. Good record of dependability and promptness.
5.   No supervision required. Completely dependable in all things.

**G.**   **Response to Supervision and Instruction:**
1.   Poor. Negative, hostile, annoying to others.
2.   Fair. Resists or ignores suggestions.
3.   Satisfactory. Generally does what is told without any fuss.
4.   Good. No hostility or resentment. Tries to improve.
5.   Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H.**   **Ability to Work with Others:**
1.   Poor. Negative, hostile, annoying to others.
2.   Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3.   Satisfactory. Gets along okay with most co-workers and is accepted by them.
4.   Good. Friendly, congenial, helpful; others like to work with.
5.   Outstanding. Gets along well with everyone. Very popular.

**I.**   **Overall Job Proficiency:** Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1.   Fire or lay off that individual?
2.   Transfer the person to a less demanding job at a lower pay scale?
3.   Continue to employ the person but without a raise or promotion at this time?
4.   Raise the person's pay but keep the person at the same job?
5.   Outstanding. Gets along well with everyone. Very popular.

**J.**   **Grades and Pay:**
1.   Performance Pay - Grade Class (circle one)     1 - 2 - 3 - ④  M
2.   Hours of satisfactory work.     _190_
3.   Regular Pay.     $ _16.80_
4.   Bonus Recommended:   _X_ Yes ___ No ____ %  $
5.   Total Pay.     $ _16.80_

| Supervisor's Signature: | Date: 12/5/04 |
|---|---|
| Inmate's Signature: | Date: 12/5/04 |

Inmate: _____ was requested to sign this rating, but refused, citing the following reason(s):

| Staff Witness Signature: | Date: 12/5/04 |
|---|---|

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE
U . S . DEPARTMENT OF JUSTICE

P . S . 5251 . 04
FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| PRIETO, JOSE | 95041-022 | DB |

| Evaluation Period: | Work Assignment: |
|---|---|
| 12/1/2004  -  12/31/2004 | FS ORD   (UNIT DB (4B)) |

Bonus Justification:

Signature / Date of Department Head approval:

**Route to Department Head for review, then to Unit Team**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 11/28 | 11/29 | 11/30 | 12/1 5 | 12/2 5 | 12/3 5 | 12/4 5 |
| 12/5 5 | 12/6 5 | 12/7 5 | 12/8 5 | 12/9 5 | 12/10 5 | 12/11 5 |
| 12/12 5 | 12/13 5 | 12/14 5 | 12/15 5 | 12/16 5 | 12/17 5 | 12/18 5 |
| 12/19 5 | 12/20 5 | 12/21 5 | 12/22 5 | 12/23 5 | 12/24 5 | 12/25 5 |
| 12/26 5 | 12/27 5 | 12/28 5 | 12/29 5 | 12/30 5 | 12/31 5 | 1/1 |

For days reflecting less than 7 hours worked, explain by inserting applicable code:

| | | |
|---|---|---|
| AD = Admin Detention / Disciplinary Segregation | H = Hospital | V = Visit |
| C = Call Out | HO = Holiday | VC = Vacation |
| E = Education | I = Medical Idle / Conval. | Z = Other (Staff Meeting, Fog, etc.) |
| F = Furlough | U = Unsatisfactory | |
| | UA = Unauthorized | |

| Pay Grade: | Hours Worked: | Regular Pay: |
|---|---|---|
| GE N : Y : Y     4 | 155 | $18.60 |

| Supervisor's Signature: | Date: |
|---|---|
| | √/4/05 |

| Inmate's Signature: | Date: |
|---|---|
| | 1–4/05 |

WorkAssignmentManager v2.0

Instructions:  Circle the best statement in an area. Base your rating on the inmate's overall performance for the rating period - neither the inmate's best nor worst day- as compared to what is satisfactory.

**A.**    **Quality of Work:**
1.    Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2.    Fair. Careless, makes mistakes and does not check work. Should do better work.
3.    Satisfactory. Makes some mistakes but no more than expected at this time.
4.    Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5.    Outstanding. Does superior work.

**B.**    **Quantity of Work:**
1    Unsatisfactory. Lazy , wastes time, goofs off.
2.    Fair. Does just enough to get by. Has to be prodded occasionally.
3.    Satisfactory. Works steadily but does not push self.
4.    Good. Willing Worker. Does a full day's work and wastes little time.
5.    Outstanding. Drives self exceptionally hard all the time.

**C.**    **Initiative:**
1.    Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2.    Fair. Usually relies on others to say what needs to be done.
3.    Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4.    Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5.    Outstanding. Has good ideas on better ways of doing things.

**D.**    **Interest; Eagerness to Learn:**
1.    Poor. Shows no interest in job. Regards job as a drag or waste of time.
2.    Fair. Shows minimal interest but not very eager to learn.
3.    Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4.    Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5.    Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

**E.**    **Ability to Learn:**
1.    Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2.    Fair. Slow but if tries, eventually will pick up the skill. Needs more instructions than most.
3.    Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4.    Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5.    Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F.**    **Need for Supervision; Dependability; Safety; Care of Equipment:**
1.    Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2.    Needs closer supervision than most. Not very dependable.
3.    Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4.    Needs little supervision. Good record of dependability and promptness.
5.    No supervision required. Completely dependable in all things.

**G.**    **Response to Supervision and Instruction:**
1.    Poor. Negative, hostile, annoying to others.
2.    Fair. Resists or ignores suggestions.
3.    Satisfactory. Generally does what is told without any fuss.
4.    Good. No hostility or resentment. Tries to improve.
5.    Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H.**    **Ability to Work with Others:**
1.    Poor. Negative, hostile, annoying to others.
2.    Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3.    Satisfactory. Gets along okay with most co-workers and is accepted by them.
4.    Good. Friendly, congenial, helpful; others like to work with.
5.    Outstanding. Gets along well with everyone. Very popular.

**I.**    **Overall Job Proficiency:** Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1.    Fire or lay off that individual?
2.    Transfer the person to a less demanding job at a lower pay scale?
3.    Continue to employ the person but without a raise or promotion at this time?
4.    Raise the person's pay but keep the person at the same job?
5.    Promote this person to a job with grater responsibility?

**J.**    **Grades and Pay:**
1.    Performance Pay - Grade Class (circle one)        1 - 2 - 3 -(4)- M
2.    Hours of satisfactory work.                        155
3.    Regular Pay.                                    $  18.60
4.    Bonus Recommended: ____ Yes ____ No ____ %    $
5.    Total Pay.                                        $  18.60

| Supervisor's Signature : | Date : 1/4/05 |
|---|---|
| Inmate's Signature : X | Date : 1/4/05 |
| Inmate : ____ was requested to sign this rating, but refused, citing the following reasons : | |
| Staff Witness Signature : | Date : |

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE                                  P.S . 5251 . 04
U . S . DEPARTMENT OF JUSTICE                                              FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| PRIETO, JOSE | 95041-022 | DB |

| Evaluation Period: | Work Assignment: |
|---|---|
| 5/1/2005  -  5/31/2005 | FS ORD   (UNIT DB (4B)) |

Bonus Justification:


Signature / Date of Department Head approval:


Route to Department Head for review, then to Unit Team

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 5/1 **5** | 5/2 **5** | 5/3 **5** | 5/4 **5** | 5/5 **5** | 5/6 **5** | 5/7 **5** |
| 5/8 **5** | 5/9 **5** | 5/10 **5** | 5/11 **5** | 5/12 **5** | 5/13 **5** | 5/14 **5** |
| 5/15 **5** | 5/16 **5** | 5/17 **5** | 5/18 **5** | 5/19 **5** | 5/20 **5** | 5/21 **5** |
| 5/22 **5** | 5/23 **5** | 5/24 **5** | 5/25 **5** | 5/26 **5** | 5/27 **5** | 5/28 **5** |
| 5/29 **5** | 5/30 **5** | 5/31 **5** | 6/1 | 6/2 | 6/3 | 6/4 |

For days reflecting less than 7 hours worked, explain by inserting applicable code:

AD = Admin Detention /            H = Hospital                    V = Visit
     Disciplinary Segregation     HO = Holiday                   VC = Vacation
 C = Call Out                      I = Medical Idle / Conval.     Z = Other (Staff Meeting,
 E = Education                     U = Unsatisfactory                 Fog, etc.)
 F = Furlough                     UA = Unauthorized

| Pay Grade: | Hours Worked: | Regular Pay: |
|---|---|---|
| GEN:Y:Y    4 | 155 | $18.60 |

| Supervisor's Signature: | Date: |
|---|---|
| Inmate's Signature: | Date: 6-1-05 |

WorkAssignmentManager v2.0

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period - neither the inmate's best nor worst day- as compared to what is satisfactory.

**A.    Quality of Work:**
1.    Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2.    Fair. Careless, makes mistakes and does not check work. Should do better work.
3.    Satisfactory. Makes some mistakes but no more than expected at this time.
4.    Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5.    Outstanding. Does superior work.

**B.    Quantity of Work:**
1    Unsatisfactory. Lazy , wastes time, goofs off.
2.    Fair. Does just enough to get by. Has to be prodded occasionally.
3.    Satisfactory. Works steadily but does not push self.
4.    Good. Willing Worker. Does a full day's work and wastes little time.
5.    Outstanding. Drives self exceptionally hard all the time.

**C.    Initiative:**
1.    Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2.    Fair. Usually relies on others to say what needs to be done.
3.    Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4.    Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5.    Outstanding. Has good ideas on better ways of doing things.

**D.    Interest; Eagerness to Learn:**
1.    Poor. Shows no interest in job. Regards job as a drag or waste of time.
2.    Fair. Shows minimal interest but not very eager to learn.
3.    Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4.    Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5.    Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

**E.    Ability to Learn:**
1.    Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2.    Fair. Slow but if tries, eventually will pick up the skill. Needs more instructions than most.
3.    Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4.    Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5.    Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F.    Need for Supervision; Dependability; Safety; Care of Equipment:**
1.    Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2.    Needs closer supervision than most. Not very dependable.
3.    Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4.    Needs little supervision. Good record of dependability and promptness.
5.    No supervision required. Completely dependable in all things.

**G.    Response to Supervision and Instruction:**
1.    Poor. Negative, hostile, annoying to others.
2.    Fair. Resists or ignores suggestions.
3.    Satisfactory. Generally does what is told without any fuss.
4.    Good. No hostility or resentment. Tries to improve.
5.    Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H.    Ability to Work with Others:**
1.    Poor. Negative, hostile, annoying to others.
2.    Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3.    Satisfactory. Gets along okay with most co-workers and is accepted by them.
4.    Good. Friendly, congenial, helpful; others like to work with.
5.    Outstanding. Gets along well with everyone. Very popular.

**I.    Overall Job Proficiency:** Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1.    Fire or lay off that individual?
2.    Transfer the person to a less demanding job at a lower pay scale?
3.    Continue to employ the person but without a raise or promotion at this time?
4.    Raise the person's pay but keep the person at the same job?
5.    Outstanding. Gets along well with everyone. Very popular.

**J.    Grades and Pay:**
1.    Performance Pay - Grade Class (circle one)        1 - 2 - 3 - 4 - M
2.    Hours of satisfactory work.
3.    Regular Pay.                    $ 18.60
4.    Bonus Recommended:    ___Yes    ___No    _____%    $
5.    Total Pay.                    $ 18.60

| Supervisor's Signature: | Date: |
|---|---|
| Inmate's Signature: | Date: |

Inmate:_____was requested to sign this rating, but refused, citing the following reason(s):

| Staff Witness Signature: | Date: |
|---|---|

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE                                    P.S . 5251 . 04
U . S . DEPARTMENT OF JUSTICE                                                  FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| PRIETO, JOSE | 95041-022 | DB |

| Evaluation Period: | Work Assignment: |
|---|---|
| 7/1/2005 - 7/31/2005 | FS ORD   (UNIT DB (4B)) |

Bonus Justification:

*Does excellent job, ensures F/S operation runs smoothly*

Signature / Date of Department Head approval:

*W Chong 8/4/05*

Route to Department Head for review, then to Unit Team

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 6/26 | 6/27 | 6/28 | 6/29 | 6/30 | 7/1 **5** | 7/2 **5** |
| 7/3 **5** | 7/4 **5** | 7/5 **5** | 7/6 **5** | 7/7 **5** | 7/8 **5** | 7/9 **5** |
| 7/10 **5** | 7/11 **5** | 7/12 **5** | 7/13 **5** | 7/14 **5** | 7/15 **5** | 7/16 **5** |
| 7/17 **5** | 7/18 **5** | 7/19 **5** | 7/20 **5** | 7/21 **5** | 7/22 **5** | 7/23 **5** |
| 7/24 **5** | 7/25 **5** | 7/26 **5** | 7/27 **5** | 7/28 **5** | 7/29 **5** | 7/30 **5** |
| 7/31 **5** | 8/1 | 8/2 | 8/3 | 8/4 | 8/5 | 8/6 |

For days reflecting less than 7 hours worked, explain by inserting applicable code:

AD = Admin Detention /            H = Hospital                    V = Visit
       Disciplinary Segregation    HO = Holiday                   VC = Vacation
C = Call Out                        I = Medical Idle / Conval.     Z = Other (Staff Meeting,
E = Education                      U = Unsatisfactory                    Fog, etc.)
F = Furlough                      UA = Unauthorized

| Pay Grade: | Hours Worked: | Regular Pay: |
|---|---|---|
| GEN:Y:Y   4 | 155 | $18.60 |

| Supervisor's Signature: | Date: |
|---|---|
| *J. Moe* | *18.60* |

| Inmate's Signature: | Date: |
|---|---|
|  | *8-31-05* |

WorkAssignmentManager v2.0

Instructions: Circle the best statement in ea... area. Base your rating on the inmate's overall performa... for the rating period - neither the inmate's best nor worst day- as compared to what is satisfactory.

**A.**   **Quality of Work:**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless, makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this time.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B.**   **Quantity of Work:**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C.**   **Initiative:**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D.**   **Interest; Eagerness to Learn:**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

**E.**   **Ability to Learn:**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2. Fair. Slow but if tries, eventually will pick up the skill. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F.**   **Need for Supervision; Dependability; Safety; Care of Equipment:**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G.**   **Response to Supervision and Instruction:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what i... old without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H.**   **Ability to Work with Others:**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along okay with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I.**   **Overall Job Proficiency:**  Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion at this time?
4. Raise the person's pay but keep the person at the same job?
5. Outstanding. Gets along well with everyone. Very popular.

**J.**   **Grades and Pay:**
1. Performance Pay - Grade Class (circle one)          1 - 2 - 3 - (4) M
2. Hours of satisfactory work.                                         155
3. Regular Pay.                                                    $  18.60
4. Bonus Recommended:   ☑ Yes   No  50  %    $  9.30
5. Total Pay.                                                      $       27.90

| Supervisor's Signature: | Date: 8/1/05 |
|---|---|
| Inmate's Signature: | Date: 8/3/05 |

Inmate: _____ was requested to sign this rating, but refused, citing the following reason(s):

| Staff Witness Signature: | Date: |
|---|---|

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE
P . S . 5251 . 04
U . S . DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| PRIETO, JOSE | 95041-022 | DB |

| Evaluation Period: | Work Assignment: |
|---|---|
| 8/1/2005  -  8/31/2005 | FS ORD   (UNIT DB (4B)) |

Bonus Justification: *Drives self exceptionally hard. Great worker*

Signature / Date of Department Head approval:

*WChonye*   9/7/05

Route to Department Head for review, then to Unit Team

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 7/31 | 8/1 **5** | 8/2 **5** | 8/3 **5** | 8/4 **5** | 8/5 **5** | 8/6 **5** |
| 8/7 **5** | 8/8 **5** | 8/9 **5** | 8/10 **5** | 8/11 **5** | 8/12 **5** | 8/13 **5** |
| 8/14 **5** | 8/15 **5** | 8/16 **5** | 8/17 **5** | 8/18 **5** | 8/19 **5** | 8/20 **5** |
| 8/21 **5** | 8/22 **5** | 8/23 **5** | 8/24 **5** | 8/25 **5** | 8/26 **5** | 8/27 **5** |
| 8/28 **5** | 8/29 **5** | 8/30 **5** | 8/31 **5** | 9/1 | 9/2 | 9/3 |

For days reflecting less than 7 hours worked, explain by inserting applicable code:

AD = Admin Detention /          H = Hospital              V = Visit
     Disciplinary Segregation   HO = Holiday              VC = Vacation
C = Call Out                    I = Medical Idle / Conval. Z = Other (Staff Meeting,
E = Education                   U = Unsatisfactory            Fog, etc.)
F = Furlough                    UA = Unauthorized

| Pay Grade: | Hours Worked: | Regular Pay: |
|---|---|---|
| GE N : Y : Y    4 | 155 | $18.60 |

| Supervisor's Signature: | Date: 9-2-05 |
|---|---|
| Inmate's Signature: | Date: |

WorkAssignmentManager v2.0

Instructions: Circle the best statement in each arr    Base your rating on the inmate's overall performanc   r the rating period - neither the inmate's best nor worst day- as compared to what is satisfactor

**A.    Quality of Work:**
1.    Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2.    Fair. Careless, makes mistakes and does not check work. Should do better work.
3.    Satisfactory. Makes some mistakes but no more than expected at this time.
4.    Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5.    Outstanding. Does superior work.

**B.    Quantity of Work:**
1    Unsatisfactory. Lazy , wastes time, goofs off.
2.    Fair. Does just enough to get by. Has to be prodded occasionally.
3.    Satisfactory. Works steadily but does not push self.
4.    Good. Willing Worker. Does a full day's work and wastes little time.
5.    Outstanding. Drives self exceptionally hard all the time.

**C.    Initiative:**
1.    Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2.    Fair. Usually relies on others to say what needs to be done.
3.    Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4.    Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5.    Outstanding. Has good ideas on better ways of doing things.

**D.    Interest; Eagerness to Learn:**
1.    Poor. Shows no interest in job. Regards job as a drag or waste of time.
2.    Fair. Shows minimal interest but not very eager to learn.
3.    Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4.    Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5.    Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

**E.    Ability to Learn:**
1.    Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2.    Fair. Slow but if tries, eventually will pick up the skill. Needs more instructions than most.
3.    Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4.    Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5.    Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F.    Need for Supervision; Dependability; Safety; Care of Equipment:**
1.    Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2.    Needs closer supervision than most. Not very dependable.
3.    Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4.    Needs little supervision. Good record of dependability and promptness.
5.    No supervision required. Completely dependable in all things.

**G.    Response to Supervision and Instruction:**
1.    Poor. Negative, hostile, annoying to others.
2.    Fair. Resists or ignores suggestions.
3.    ⌐  factory. Generally does what is told without any fuss.
4.    Good. No hostility or resentment. Tries to improve.
5.    Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H.    Ability to Work with Others:**
1.    Poor. Negative, hostile, annoying to others.
2.    Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3.    Satisfactory. Gets along okay with most co-workers and is accepted by them.
4.    Good. Friendly, congenial, helpful; others like to work with.
5.    Outstanding. Gets along well with everyone. Very popular.

**I.    Overall Job Proficiency:** Based on this inmate's overall performance during this work period, If this inmate was an employee of yours in the community would you:
1.    Fire or lay off that individual?
2.    Transfer the person to a less demanding job at a lower pay scale?
3.    Continue to employ the person but without a raise or promotion at this time?
4.    Raise the person's pay but keep the person at the same job?
5.    Promote this person to a job with grater responsibility?

**J.    Grades and Pay:**
1.    Performance Pay - Grade Class (circle one)          1 - 2 - 3 - 4 - M

2.    Hours of satisfactory work.          _____

3.    Regular Pay.          $   18.60

4.    Bonus Recommended:  ✓ Yes    No   50 %    $   8.30

5.    Total  Pay.          $   26.90

| Supervisor's Signature : | Date : 9·2·05 |
|---|---|
| Inmate's Signature : | Date : |

Inmate : _____ was requested to sign this rating, but refused, citing the following reasons :

| Staff Witness Signature : | Date : |

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE
U . S .  DEPARTMENT OF JUSTICE

P . S .  5251 . 04
FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| **PRIETO, JOSE** | **95041-022** | **DB** |

| Evaluation Period: | Work Assignment: |
|---|---|
| 9/1/2005  -  9/30/2005 | **FS ORD   (UNIT DB (4B))** |

Bonus Justification:


Signature / Date of Department Head approval:


### Route to Department Head for review, then to Unit Team

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 8/28 | 8/29 | 8/30 | 8/31 | 9/1 <br> 5 | 9/2 <br> 5 | 9/3 <br> 5 |
| 9/4 <br> 5 | 9/5 <br> 5 | 9/6 <br> 5 | 9/7 <br> 5 | 9/8 <br> 5 | 9/9 <br> 5 | 9/10 <br> 5 |
| 9/11 | 9/12 <br> 5 | 9/13 <br> 5 | 9/14 <br> 5 | 9/15 <br> 5 | 9/16 <br> 5 | 9/17 <br> 5 |
| 9/18 <br> 5 | 9/19 <br> 5 | 9/20 <br> 5 | 9/21 <br> 5 | 9/22 <br> 5 | 9/23 <br> 5 | 9/24 <br> 5 |
| 9/25 <br> 5 | 9/26 <br> 5 | 9/27 <br> 5 | 9/28 <br> 5 | 9/29 <br> 5 | 9/30 <br> 5 | 10/1 |

For days reflecting less than 7 hours worked, explain by inserting applicable code:

AD =  Admin Detention /
    Disciplinary Segregation
C =  Call Out
E =  Education
F =  Furlough

H =  Hospital
HO =  Holiday
I =  Medical Idle / Conval.
U =  Unsatisfactory
UA =  Unauthorized

V =  Visit
VC =  Vacation
Z =  Other (Staff Meeting,
    Fog, etc.)

| Pay Grade: <br> GE N : Y : Y    4 | Hours Worked: <br> 145 | Regular Pay: <br> $17.40 |
|---|---|---|
| Supervisor's Signature: | | Date: |
| Inmate's Signature: | | Date: |

WorkAssignmentManager v2.0

Instructions: Circle the best statement in each are    Base your rating on the inmate's overall performanc    r the rating period - neither the inmate's best nor worst day- as compared to what is satisfactory

A.    **Quality of Work:**
1.    Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2.    Fair. Careless, makes mistakes and does not check work. Should do better work.
3.    Satisfactory. Makes some mistakes but no more than expected at this time.
4.    Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5.    Outstanding. Does superior work.

B.    **Quantity of Work:**
1.    Unsatisfactory. Lazy , wastes time, goofs off.
2.    Does just enough to get by. Has to be prodded occasionally.
3.    Satisfactory. Works steadily but does not push self.
4.    Good. Willing Worker. Does a full day's work and wastes little time.
5.    Outstanding. Drives self exceptionally hard all the time.

C.    **Initiative:**
1.    Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2.    Fair. Usually relies on others to say what needs to be done.
3.    Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4.    Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5.    Outstanding. Has good ideas on better ways of doing things.

D.    **Interest; Eagerness to Learn:**
1.    Poor. Shows no interest in job. Regards job as a drag or waste of time.
2.    Fair. Shows minimal interest but not very eager to learn.
3.    Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4.    Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5.    Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

E.    **Ability to Learn:**
1.    Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2.    Fair. Slow but if tries, eventually will pick up the skill. Needs more instructions than most.
3.    Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4.    Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5.    Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F.    **Need for Supervision; Dependability; Safety; Care of Equipment:**
1.    Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2.    Needs closer supervision than most. Not very dependable.
3.    Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4.    Needs little supervision. Good record of dependability and promptness.
5.    No supervision required. Completely dependable in all things.

G.    **Response to Supervision and Instruction:**
1.    Poor. Negative, hostile, annoying to others.
2.    Fair. Resists or ignores suggestions.
3.    Satisfactory. Generally does what is told without any fuss.
4.    Good. No hostility or resentment. Tries to improve.
5.    Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H.    **Ability to Work with Others:**
1.    Poor. Negative, hostile, annoying to others.
2.    Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3.    Satisfactory. Gets along okay with most co-workers and is accepted by them.
4.    Good. Friendly, congenial, helpful; others like to work with.
5.    Outstanding. Gets along well with everyone. Very popular.

I.    **Overall Job Proficiency:** Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1.    Fire or lay off that individual?
2.    Transfer the person to a less demanding job at a lower pay scale?
3.    Continue to employ the person but without a raise or promotion at this time?
4.    Raise the person's pay but keep the person at the same job?
5.    Promote this person to a job with grater responsibility?

J.    **Grades and Pay:**
1.    Performance Pay - Grade Class (circle one)    1 - 2 - 3 - 4    M
2.    Hours of satisfactory work.
3.    Regular Pay.    $ 17.40
4.    Bonus Recommended: ____Yes ____No    ____%    $
5.    Total Pay.    $

Supervisor's Signature :    Date : 9/30/05

Inmate's Signature :    Date : 9/30/05

Inmate : _____ was requested to sign this rating, but refused, citing the following reasons :

Staff Witness Signature :    Date :

BP-S324 . 052 WORK PERFORMANCE RATING - INMATE                           P . S . 5251 . 04
U . S . DEPARTMENT OF JUSTICE                                  FEDERAL BUREAU OF PRISONS

| Inmate's Name: | Register No.: | Unit: |
|---|---|---|
| PRIETO, JOSE | 95041-022 | DB |

| Evaluation Period: | Work Assignment: |
|---|---|
| 1/1/2004  -  1/31/2004 | FS KITCHEN  (DISHROOM) |

Bonus Justification:

Signature / Date of Department Head approval:

### Route to Department Head for review, then to Unit Team

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1/25 | 1/26 | 1/27 | 1/28 | 1/29 | 1/30 | 1/31 |
|  |  |  |  | 7 | 7 | OFF |

For days reflecting less than 7 hours worked, explain by inserting applicable code:

AD = Admin Detention /          H = Hospital               V = Visit
        Disciplinary Segregation   HO = Holiday              VC = Vacation
C = Call Out                      I = Medical Idle / Conval.   Z = Other (Staff Meeting,
E = Education                    U = Unsatisfactory              Fog, etc.)
F = Furlough                   UA = Unauthorized

| Pay Grade: | Hours Worked: | Regular Pay: $1.68 |
|---|---|---|
| GHP:Y:Y  4 | 7 | $0.84 |

| Supervisor's Signature: | Date: 2-3-21 |
|---|---|
| Inmate's Signature: | Date: 2/3/04 |

Work Assignment Manager v2.0

Instructions:  Circle the best statement in each.    Base your rating on the inmate's overall perform;    'or the rating period - neither the inmate's best nor worst day- as compared to what is satisfac;

**A.**   **Quality of Work:**
1.   Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2.   Fair. Careless, makes mistakes and does not check work. Should do better work.
3.   Satisfactory. Makes some mistakes but no more than expected at this time.
4.   Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5.   Outstanding. Does superior work.

**B.**   **Quantity of Work:**
1.   Unsatisfactory. Lazy , wastes time, goofs off.
2.   Fair.  Does just enough to get by.  Has to be prodded occasionally.
3.   Satisfactory.  Works steadily but does not push self.
4.   Good.  Willing Worker.  Does a full day's work and wastes little time.
5.   Outstanding.  Drives self exceptionally hard all the time.

**C.**   **Initiative:**
1.   Unsatisfactory. Always waits to be told what to do.  Needs help getting started.
2.   Fair.  Usually relies on others to say what needs to be done.
3.   Satisfactory. Can adapt to changes in routine.  Will start work without waiting to be told.
4.   Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
5.   Outstanding.  Has good ideas on better ways of doing things.

**D.**   **Interest; Eagerness to Learn:**
1.   Poor. Shows no interest in job. Regards job as a drag or waste of time.
2.   Fair. Shows minimal interest but not very eager to learn.
3.   Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4.   Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5.   Outstanding. Eager to master job. Wants to know everything there is to know about it. May learn more about job on own time, volunteers to work overtime or extra shifts if needed for coverage.

**E.**   **Ability to Learn:**
1.   Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction, unable to learn no matter how hard he might try.
2.   Fair.. Slow but if tries, eventually will pick up the skill.  Needs more instructions than most.
3.   Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4.   Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5.   Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F.**   **Need for Supervision; Dependability; Safety; Care of Equipment:**
1.   Needs constant supervision.  If left unsupervised will foul up, get in trouble, or wander off.  Undependable.
2.   Needs closer supervision than most.  Not very dependable.
3.   Average.  Can be relied on for certain things but must be supervised by others.  Usually prompt and dependable.
4.   Needs little supervision.  Good record of dependability and promptness.
5.   No supervision required.  Completely dependable in all things.

**G.**   **Response to Supervision and Instruction:**
1.   Poor. Negative, hostile, annoying to others.
2.   Fair.  Resists or ignores suggestions.
3.   Satisfactory. Generally does what is told without any fuss.
4.   Good. No hostility or resentment.  Tries to improve.
5.   Outstanding.  Makes a real effort to please the instructor.  Does exactly as is told.

**H.**   **Ability to Work with Others:**
1.   Poor. Negative, hostile, annoying to others.
2.   Fair.  Doesn't make friends easily.  Has some interpersonal difficulties.
3.   Satisfactory.  Gets along okay with most co-workers and is accepted by them.
4.   Good.  Friendly, congenial, helpful; others like to work with.
5.   Outstanding.  Gets along well with everyone.  Very popular.

**I.**   **Overall Job Proficiency:** Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1.   Fire or lay off that individual?
2.   Transfer the person to a less demanding job at a lower pay scale?
3.   Continue to employ the person but without a raise or promotion at this time?
4.   Raise the person's pay but keep the person at the same job?
5.   Raise the person's pay and promote them to a position of greater responsibility?

**I.**   **Grades and Pay:**

| | | |
|---|---|---|
| 1. | Performance Pay - Grade Class (circle one) | 1 - 2 - 3 - 4 - M |
| 2. | Hours of satisfactory work. | |
| 3. | Regular Pay. | $ |
| 4. | Bonus Recommended: ____Yes ____No ____% | $ |
| 5. | Total  Pay. | $ |

| | | |
|---|---|---|
| Supervisor's Signature : | Date : | |
| Inmate's Signature : | Date : | 2/3/04 |

Inmate : _____ was requested to sign this rating, but refused, citing the following reasons :

Staff Witness Signature : | Date :