## CERTIFICATE OF SERVICE

I hereby certifies that a true and exact copy of the foregoing document will be served on the following party by U.S. mail, or personal delivery on the date of filling:

Thomas Muehleck
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Attorney for Plaintiff


Rosanne T. Donohoe
U.S. Probation Officer
U.S. Courthouse
300 Ala Moana Blvd. Room C-126
Honolulu, Hawaii 96850


DATED: Honolulu, Hawaii, March 15, 2006

MICHAEL J. PARK