# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00523SOM |
| CASE NAME: | USA vs. (03) Jose Prieto |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | 03 Michael Park |
| INTERPRETER: | Luz Vega |
| | Rosanne Donohoe (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 3/21/2006 | TIME: | 11:35 - 12:00 |

COURT ACTION:  EP: Sentencing to Counts 1, 2, and 3 of the First Superseding Indictment -

Defendant (03) Jose Prieto present, in custody, with Interpreter Luz Vega, who was previously sworn.

The Presentence Investigation Report and the USPO's recommendation are adopted by the Court, and placed under seal.

Court continues this sentencing in order to allow Mr. Park to confer with the defendant.

Sentencing is continued to 3/28/06 @ 11:15 a.m.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.