MICHAEL J. PARK, 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii  96813
Ph:   536-4456

Attorneys for Defendant James Low

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR No.  03-00523 SOM |
|---|---|---|
| | ) | |
| v. | ) | MOTION TO WITHDRAW AS |
| | ) | COUNSEL; DECLARATION OF |
| JOSE PRIETO (3), | ) | COUNSEL; CERTIFICATE OF |
| | ) | SERVICE |
| Defendant. | ) | |
| | ) | DATE: |
| | ) | TIME: |
| | ) | JUDGE: |
| _____ | ) | |

SECOND MOTION TO WITHDRAW AS COUNSEL

Defendant, JOSE PRIETO, by and through undersigned counsel, MICHAEL J. PARK, moves this Court to allow counsel to withdraw in the attorney-client relationship.

This motion is pursuant to LR 83.6(b), U.S. District Court and based upon the Sixth Amendment, and is supported by the attached Declaration of Counsel.

DATED:  Honolulu, Hawaii, March 29, 2006.

                                                                               _____
/s/ MICHAEL J. PARK
Counsel for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Thomas Muehleck
tom.muehleck@usdoj.gov, rowena.kang@usdoj.gov,
USAHI.ECFNarcotics@usdoj.gov.

Lane Y. Takahashi
laneytakahashi@hotmail.com

Served by First Class Mail or hand-delivery:

    (No manual recipients)


    DATED: Honolulu, Hawaii, March 28, 2006.

                                          _____
                                          /s/ MICHAEL J. PARK