IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00523 SOM |
| | ) | |
|     Plaintiff, | ) | ORDER DENYING SECOND MOTION TO |
| | ) | WITHDRAW AS COUNSEL |
|   vs. | ) | |
| | ) | |
| JOSE PRIETO, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

ORDER DENYING SECOND MOTION TO WITHDRAW AS COUNSEL

    Defense counsel, Michael Park, moves to withdraw as counsel on the ground that he is not licensed with the Ninth Circuit and therefore cannot handle Defendant Jose Prieto's appeal.  The motion is denied.  Mr. Park, as a member of this court's Criminal Justice Act panel, is expected to handle proceedings at the district and circuit court levels.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii; March 29, 2006.



_____
Susan Oki Mollway
United States District Judge