MICHAEL J. PARK 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii  96813
Ph:(w) 536-4456 (c)291-2935

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  03-00523 SOM |
| | ) | |
| | ) | NOTICE OF APPEAL |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Sentencing: |
| | ) | Tuesday, March 28, 2006 |
| JOSE PRIETO, | ) | |
| | ) | |
| | ) | THE HONORABLE SUSAN OKI |
| Defendant. | ) | MOLLWAY |
| | ) | |
| _____ | ) | |

NOTICE OF APPEAL

Notice is hereby given that Defendant Jose Prieto in the above named case

hereby appeals to the United States Court of Appeals for the Ninth Circuit from the

judgment and sentence announced by the Honorable Susan Oki Mollway on March

28, 2006.

DATED:  Honolulu, Hawaii, April 6, 2006

_____
/s/MICHAEL J. PARK
Attorney for Defendant
733 Bishop Street, Suite 2302
Honolulu, Hawaii  96813
Ph:(w) 536-4456 (c)291-2935