# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

April 28, 2006

Thomas Muehleck, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI 96850

IN RE:      U.S.A v. Jose Prieto
CR NO.     CR 03-00523SOM

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 04/06/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk
By   Laila M. Geronimo
       Deputy

cc:   Clerk, 9th CCA w/copy of NA,
         docket sheet, dfnf
      Michael Park, Esq.
         with copy of instructions for criminal appeals
         Transcript Desig. & Ordering Form
         with instructions and a copy of the
         docket sheet