IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-10274   U.S. District Court Case No. CR03-00523-1-SOM

Short Case Title USA v. PRIETO (3)

Date Notice of Appeal Filed by Clerk of District Court 4/6/06

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SUE BEITIA, CLERK

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| SEE ATTACHED | | Voir Dire   at ___ o'clock a___ ___ M |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| (additional page for designations if necessary) | | Other (please specify) |

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 5/17/06   Estimated date for completion of transcript _____
Print Name of Attorney Michael J. Park   Phone Number (808) 536-4456 or c: (808) 291-2935
Signature of Attorney _____
Address 733 Bishop St. Suite 2302, Honolulu, Hawaii 96813

SECTION B - To be completed by court reporter

I, _____ (signature of court reporter) _____ have received this designation.
(X) Arrangements for payment were made on 5/19/2006
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

500 Approximate Number of Pages in Transcript--Due Date 6/19/2006

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 6/19/06   Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia   07·11·06   BY: _____
(U.S. District Court Clerk)   (date)       DEPUTY CLERK

Section A – To be completed by party ordering transcript

| Hearing date(s) | Court Reporter | Proceedings |
| --- | --- | --- |
| 9/22/04 | Debra Chun | Motion to W/D not guilty plea |
| 9/24/04 | Cynthia Fazio | Continued Mot.to W/D not guilty plea |
| 10/4/04 | C7 10:49-10:58 | A&P: First Superseding Indictment |
| 10/4/04 | Debra Chun | Telephone Conference |
| 10/15/04 | Debra Chun | Continued Mot.to W/D not guilty plea |
| 2/17/05 | Debra Chun | Motion to W/D not guilty plea   filed 9/6/05 |
| 5/31/05 | FTR C7 10:07-10:18 | Final Pretrial Conference |
| 9/29/05 | Sharon Ross | Motion to Suppress Evidence |
| 9/30/05 | C7 10:22-10:31 | Final Pretrial Conference |
| 10/11/05 | Cynthia Fazio | Pretrial Conference |
| 10/12/05 | Debra Chun | Jury Selection/Trial |
| 10/13/05 | Debra Chun | Further Jury Trial – 2nd day |
| 11/28/05 | C6 3:19-3:22 | Motion to W/D as Counsel |
| 3/21/0̶8̶ 6 | Debra Chun | Sentencing |
| 3/28/06 | Debra Chun | Continued Sentencing |