# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 27, 2007

To: United States Court of Appeals    Attn: ( )    Civil
     For the Ninth Circuit
     Office of the Clerk                     (✓)    Criminal
     95 Seventh Street
     San Francisco, California 94103    ( )    Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:    CR 03-00523SOM-03      Appeal No:    06-10274

Short Title:    USA vs. Jose Prieto

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #196, 198, 199, 236, 240

Acknowledgment: _____    Date: _____

cc: counsel