RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 18 2007
2:00 pm
DISTRICT OF HAWAII

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED
JUN 14 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JOSE PRIETO,<br><br>Defendant-Appellant. | NO. 06-10274<br><br>DC NO. CR-03-00523-1-SOM<br>Hawaii (Honolulu)<br><br>DEFENDANT-APPELLANT JOSE PRIETO'S MOTION TO EXTEND TIME TO FILE PETITION FOR PANEL REHEARING AND/OR SUGGESTION FOR REHEARING EN BANC; |

## DEFENDANT-APPELLANT JOSE PRIETO'S MOTION TO EXTEND TIME TO FILE PETITION FOR PANEL REHEARING AND/OR SUGGESTION FOR REHEARING EN BANC

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

The Honorable Susan Oki Mollway
United States District Judge

Michael J. Park
Attorney at Law
Pacific Guardian Center
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Telephone: 1-808-536-4456
Facsimile: 1-808-536-4988

Attorney for Defendant-Appellant
JOSE PRIETO

ORDERED
Motion for extension of time to file petition for rehearing granted to
June 28, 2007
For the Court
Deputy Clerk


COPY