UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>JOSE PRIETO,<br><br>Defendant - Appellant. | No. 06-10274<br>D.C. No. CR-03-00523-1-SOM<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 06/01/07

A TRUE COPY
ATTEST 7/6/07

CATHY A. CATTERSON
Clerk of Court
by
Deputy Clerk