MOATY INVATT
i

INTERNAL USE ONLY: Proceedings include all events.
06-10274 USA v. Prieto

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Thomas C. Muehleck, AUSA<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>Candace Kelly, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| JOSE PRIETO<br>    Defendant - Appellant | Michael J. Park, Esq.<br>FAX 808/536-4988<br>808/536-4456<br>Ste. 2302<br>[COR LD NTC cja]<br>Makai Tower<br>733 Bishop St.<br>Honolulu, HI 96813 |